# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

PRESTON ROBERSON
ADC #97703                                                                                            PLAINTIFF

V.                                      4:08CV04105 SWW/JTR

COREY, Officer,
Hope Police Department, et al.                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 10th day of December, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE